# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D17-1569

———————————————————

JOHN W. WALLACE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

March 21, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

John W. Wallace, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.